# United States District Court
Eastern District of Tennessee

JUDGMENT IN A CIVIL CASE

MELISSA CHILANO,

V.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security.

CASE NUMBER: 3:15-cv-217

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), this Court hereby enters a judgment under sentence four of 42 U.S.C. § 405(g) reversing the Commissioner's decision with a remand of the cause to the Commissioner.

| | |
|---|---|
| January 12, 2016 | Debra C. Poplin, Clerk |
| Date | |
| | By  *C. Brush* |
| | Deputy Clerk |